IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| FDIC AS RECEIVER FOR CENTENNIAL BANK, INC.,<br><br>      Plaintiff,<br>v.<br><br>WALLACE INVESTMENT LIMITED PARTNERSHIP, a limited partnership; et al.,<br>      Defendants. | MEMORANDUM DECISION AND ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER, COUNTERCLAIM AND THIRD-PARTY COMPLAINT<br><br>Case No. 2:10-CV-610 DB<br><br>District Judge Dee Benson<br><br>Magistrate Judge Brooke Wells |

Before the Court is Defendants, Counterclaim Plaintiffs, and Third-Party-Plaintiffs Wallace Investment Limited Partnership ("Wallace Investment"), William Dean Wallace ("Mr. Wallace"), and Deanne H. Wallace ("Mrs. Wallace") (collectively "Wallace Defendants"), Motion for Leave to File an Amended Answer, Counterclaim, and Third-Party Complaint.[1] The Wallace Defendants filed their motion on March 21, 2012. As of the date of this order there has been no opposition filed and the time to do so has passed.

Accordingly, pursuant to DUCivR 7-1 and Rule 15(a) of the Federal Rules, the Court GRANTS the Wallace Defendants' motion.

    DATED this 19 April 2012.

                _Brooke C. Wells_ (signature)
                Brooke C. Wells
                United States Magistrate Judge

---

[1] Docket no. 82.